**Exhibit A to the Complaint**

**Location:** Hilliard, OH  
**Total Works Infringed:** 29  
**IP Address:** 75.188.67.189  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BAC4EA994C2D31A7992F804CC18B84252D898869<br>File Hash: 4F1403E299627C2C97A1C3FBDF0B1AAD40DEB962663FEF64913DBFF36F73257A | 11/13/2024 20:10:35 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 2 | Info Hash: 2F872CC3383D684714D4EF9DF5E064793831153D<br>File Hash: DE25B3DE673D92661D808DE4955BFA3F8DFD7BE7910D221DA92A23CC7EAA6127 | 11/08/2024 15:30:05 | Milfy | 11/06/2024 | 11/18/2024 | PA0002500974 |
| 3 | Info Hash: 8B7C521CD656D63EF65068B88994FA717E14F4D7<br>File Hash: FACBFF9A2944963BD335F2D52FA68BC13FD654776C7DA546C3573E28F529B7F0 | 11/05/2024 18:34:19 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 4 | Info Hash: C884F4B8CEDBD4685E5F4ED628A560507973AD66<br>File Hash: FA346057517239B1EC0E5516CC3DA1532C56CBF74FFE78A8754144BC0841D83A | 11/02/2024 00:29:41 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 5 | Info Hash: 8F934293D68F6AB99E04F77935C0C0B57090809F<br>File Hash: B954ED8D25CD38FA72E3059FADE17A28C8491C5D9985BA75D92C9D30EC40AD4D | 10/29/2024 04:37:45 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 6 | Info Hash: 6858F89F7C9FA86B878D7BAFB26AAB415084B7E6<br>File Hash: BD7B91868A1B2867E10297055A3B4D95C52D0EF98AF857F297763D75BCD203F5 | 10/23/2024 15:08:50 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 7 | Info Hash: 0C61B5F6E6CF3B85E57748DC5C1969CCB192DADD<br>File Hash: F30518F7181748C5E9049CD8BF51E27B761F0CDE032B812F730AEC74BA62CC5B | 10/18/2024 18:07:00 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 8 | Info Hash: C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3<br>File Hash: 4F06AD7474807D06DC28EFAB1E82042D52B89FE29185A465CB753367017FFC9C | 10/18/2024 15:23:22 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 9 | Info Hash: FC29778D617D1D109EDC762F1524897352FD9D38<br>File Hash: AE3A35E190AF4F80FEA7807F843899250BE372B773F02DE8A1074F6435FC1D51 | 10/18/2024 15:21:24 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |
| 10 | Info Hash: 06CC172FDFF587BEF525C50DD704A9AB8387F3B0<br>File Hash: 5FB21EAFD7947059EC58FBFAE2A9251CA775A0F3F241E3639B45B65C10679029 | 10/10/2024 18:11:04 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 11 | Info Hash: 209D2169C595D7651F215A3327C2648F556B661C<br>File Hash: 82D82CB7FFE54F817373993FF5FD79FF9E80457FB2709A6B4454D0FD13E1DDDB | 10/04/2024 07:55:16 | Milfy | 08/16/2023 | 12/07/2023 | PA0002444364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7DF4859B80D82B1345D1F965D14182E7FE939ACF<br>File Hash: 05FAA7765EBB5FAA25E0A39E4C5EA731662BA61A13B3F9CE5542494DCC443A5D | 10/03/2024 20:32:01 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 13 | Info Hash: E6E2A8DBC7182AFA3B37FC41D0625A681FF55C0B<br>File Hash: 1E6A57AE3177E6746D56A68335953EDEEF3E5BCC6FFBF3A90024DA3B1A597B9F | 10/01/2024 17:14:56 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 14 | Info Hash: 773375756E29F48AD83D332B2587CF1C7DA1BA71<br>File Hash: 75B315AAF9137542699E7C4BD95EAA8DDA3BAFBAD2DA297594F94B59E35219D9 | 10/01/2024 17:08:47 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 15 | Info Hash: A93F96E9500696950BC487BB0A53528684DA85DE<br>File Hash: 88B486E831EC4825EED7B1FE4C4A3B6BDA5ECCF56423D03559EA1736A5856B8D | 08/28/2024 20:38:05 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 16 | Info Hash: 4E161DCD3B0C439F68280147371BA08686987D0B<br>File Hash: 64AC2445B1BFF032C3D04A52DFD837871697A4C2C7003D7C9BDFB03D5F4EFD57 | 08/25/2024 09:18:34 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 17 | Info Hash: 5343780A2DA07D0760D914E082FD68E3D32AF0FA<br>File Hash: 06FA0A1C15A20C0739C31A5A4CFB6C39B6DA39BEC17E8E4D014380D5539517C4 | 08/15/2024 02:03:07 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 18 | Info Hash: 87D0FA65335F223DD21426D83EEA1BE09CC4539B<br>File Hash: F0C7936092AE640189F1625E901C60AB712D38D4E14BBFF0C3B36EB9650FC3C6 | 07/29/2024 18:41:07 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 19 | Info Hash: A4761403631C7A932734AF4764D9F5A53937CA86<br>File Hash: C20DB0F826C2E6D55497DBBE6ADBA55BAB791661AC4A37D02BCEC61DBE77F0E9 | 07/29/2024 05:21:25 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |
| 20 | Info Hash: 0D1055A9B3DD2C8FD870FB95B908C3CDAFC68306<br>File Hash: 8C7FCCA1E14995BF6DDFE9F069C4D75E17432501B1D66BC408A94A02521D1D01 | 07/29/2024 00:05:36 | Milfy | 07/24/2024 | 09/17/2024 | PA0002490321 |
| 21 | Info Hash: 1950928C43F0C90AEC70B9A3E8C316A061CB13DB<br>File Hash: 8B886E3924A37CBEAA8DE7784563A70D136E75DBED06610D685FB109A6031728 | 07/27/2024 19:19:12 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 22 | Info Hash: 3FF963F8D8E5D3CB1F501B2E85E9E05D233E831E<br>File Hash: 1FBCE25C30C7429DFCE46A4B7FC2F321AB1CCB62CDE0EB3299D49E178C1C7794 | 07/17/2024 21:49:11 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 23 | Info Hash: 31A1C481B6798D5618E32BD9D4D848468A41859B<br>File Hash: DF2595D2D2AC2ED1E7DAF8F74680F052AFF61A3D60E1DBA9F8C41A6F975B6FAA | 07/17/2024 20:30:42 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: ADBC0D49075AB7053F130C6281A9C9C274480056<br>File Hash: AD09006FDFEA464688C7CA28111106B4C42142A555B399BF0EDCA63D6271F50F | 07/17/2024 15:19:12 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 25 | Info Hash: 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F<br>File Hash: 08D137A06C6A8DB563760478B4F5B1AFCBD6CFD3A4AAA33050BAF9FA36B0276C | 05/31/2024 16:51:17 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 26 | Info Hash: 4D4B9D0DFAB2937F91476A0F53B8F9CBEB679FF3<br>File Hash: C35C6E657FC9DDC9ADFFF9621656C252AEFACFB1478D99A82AAE355FC23A2331 | 05/26/2024 23:21:45 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 27 | Info Hash: D47954A454DEAE74005EFE101A65991485BB66BC<br>File Hash: 262656D51B4AEB0F416997B539B21B3B234361867D0ED1983CF46A1B106D5A4D | 05/23/2024 19:00:46 | TushyRaw | 05/14/2024 | 06/19/2024 | PA0002476917 |
| 28 | Info Hash: DC434B17D902D20B7FCDBAD223F4D84998C60C56<br>File Hash: 87EC8C2C1222CA4B05418D6B8EB43C10522008A4687A74154A6BB258D295E8B7 | 05/21/2024 14:22:31 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 29 | Info Hash: F4789DF97974DF85C82E6B3320EFD047ABC1FB69<br>File Hash: 3909DD87CAF564B080E5173F082C015C820BC4BCDA4648AF8445496FBABB5F66 | 05/07/2024 00:00:23 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |